IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION



FILED
JAN 0 5 2018
Clerk, U.S. District Court
District Of Montana
Great Falls

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR-15-47-BMM |
| Plaintiff, | |
| vs. | ORDER |
| BRIDGETTE MARIE BLACKCROW, | |
| Defendant. | |

United States Magistrate Judge John Johnston entered Findings and Recommendations in the matter on December 11, 2017. (Doc. 40.) Neither party filed objections. When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Thomas v. Arn*, 474 U.S. 140, 153-52 (1986). The Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on December 7, 2017. (Doc. 37.) Blackcrow admitted that she violated the conditions of her supervised release. (Doc. 40 at 4.) The violations prove serious and warrant revocation of Blackcrow's supervised release. Judge Johnston has recommended that the Court revoke

1

Blackcrow's supervised release and commit Blackcrow to the custody of the Bureau of Prisons for four months. (Doc. 40 at 5.) Judge Johnston further has recommended that no supervised release follow her custody period. *Id.*

The Court finds no clear error in Judge Johnston's Findings and Recommendations. Blackcrow's violations of her conditions represent a serious breach of the Court's trust. A sentence custody of four months, followed by no supervised release, represents a sufficient, but not greater than necessary sentence.

**IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 40) is ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Bridgette Marie Blackcrow be sentenced to custody for four months, with no supervised release to follow.

DATED this 4th day of January, 2018.

Brian Morris
United States District Court Judge